UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**VINCENT DESALVO**                                                   **CIVIL ACTION**

**VERSUS**                                                            **NO. 07-3950**

**MICHAEL J. ASTRUE, COMMISSIONER OF**                                **SECTION: "B"(5)**
**SOCIAL SECURITY ADMINISTRATION**

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation is adopted as the opinion of the court. Therefore, Plaintiff's motion for summary judgment is **DENIED** and Defendant's motion for summary judgment is **GRANTED.**

New Orleans, Louisiana, this 21st day of October, 2008.

UNITED STATES DISTRICT JUDGE